# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150684

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

ALAN CRAIG WOOD,
   Defendant-Appellant.

SC: 150684
COA: 315379
Oakland CC: 2012-240805-FC

_____/

   On order of the Court, the application for leave to appeal the October 28, 2014 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE that part of the Court of Appeals judgment that added a requirement of defendant diligence to the traditional test for ascertaining whether there has been a violation of *Brady v Maryland*, 373 US 83; 83 S Ct 1194; 10 L Ed 2d 215 (1963). See *People v Chenault*, 495 Mich 142 (2014). However, because the defendant otherwise failed to demonstrate a *Brady* violation, we leave intact the result reached by the Court of Appeals. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2015



Clerk

a1116